Steven E. Bolanos, (SBN 303047)
Francisco J. Ramos, (SBN 332619)
**WALLACE, RICHARDSON, SONTAG & LE, LLP**
495 E Rincon St, Suite 202
Corona, CA 92879
(951) 256-1698
sbolanos@wallacelaw.com
framos@wallacelaw.com

Attorneys for Defendant
STYL Residential CA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY GORDON, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STYL RESIDENTIAL CA, INC., <br><br> Defendant. | CASE NO.: 3:26-cv-04699-CRB <br><br> Assigned for all purposes to: <br> Hon. Charles R. Breyer, Judge <br> Dept.: <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** : ORDER <br><br> Complaint Served: May 26, 2026 <br> Current Response Date: June 16, 2026 <br> New Response Date: July 16, 2026 |

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## STIPULATION

WHEREAS, Defendant STYL Residential CA Inc.'s, current response deadline is June 16, 2026;

WHEREAS, Defense counsel has just been retained by Defendant.

WHEREAS, this is a class action in which further investigation needs to be completed prior to filing a responsive pleading to the Complaint.

WHEREAS, the parties have agreed to stipulate to extend the time in which Defendant has to respond to the Complaint by not more than 30 days;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendant shall have until July 16, 2026, to respond to the Complaint.

DATED: June 16, 2026          **WALLACE, RICHARDSON, SONTAG & LE, LLP**

By:/s/ *Steven E. Bolanos*
Steven E. Bolanos, Esq.
Attorneys for Defendant

DATED: June 16, 2026          **SHAY LEGAL, APC**

By: /s/ *Harrison J. Lynch*
Harrison J. Lynch, Esq.
Attorney for Plaintiffs

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## <u>SIGNATURE ATTESTATION</u>

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur In the filing's content and have authorized the filing.

DATED: June 16, 2026        **WALLACE, RICHARDSON, SONTAG & LE, LLP**

By: <u>/s/ *Steven E. Bolanos*</u>
Steven E. Bolanos, Esq.
Attorneys for Defendant
STYL Residential CA Inc.

SIGNATURE ATTESTATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY GORDON, individually and on behalf of all other similarly situated,<br><br>                                      Plaintiffs,<br><br>v.<br><br>STYL RESIDENTIAL CA, INC.,<br><br>                                      Defendant. | CASE NO.: 3:26-cv-04699-CRB<br><br>Assigned for all purposes to:<br>Hon. Charles R. Breyer, Judge<br><br>[~~PROPOSED~~] ORDER |

The Court having read and considered the Parties' Stipulation to Extend Time to Respond to the Initial Complaint, and good cause appearing therefore, the court ORDERS as follows:

1. Defendant shall have until July 16, 2026, to respond to the Complaint.

**IT IS SO ORDERED.**

Date: _____June 17, 2026_____          _____

                                                  Hon., Charles R. Breyer, Judge

- 1 -
**[~~PROPOSED~~] ORDER**